UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER J. GOLDFINGER,<br><br>    Plaintiff,<br><br> v.<br><br>WATERFRONT COMMISSION OF NEW YORK HARBOR, THOMAS DE MARIA, MICHAEL C. AXELROD, and MICHAEL J. MADONNA,<br><br>    Defendants. | Civil Action No.:  08-1551 (VM)<br><br>**NOTICE OF APPEARANCE** |

Kathleen Barnett Einhorn, Esq. of the law firm of Genova, Burns & Vernoia, hereby enters an appearance in this matter on behalf of Defendants, Waterfront Commission of New York Harbor, Thomas DeMaria, Michael C. Axelrod, and Michael J. Madonna.

    By:   s/  Kathleen Barnett Einhorn
         Kathleen Barnett Einhorn
         Genova, Burns & Vernoia
         354 Eisenhower Parkway
         Livingston, New Jersey 07039
         Telephone: (973) 533-0777
         Facsimile: (973) 533-1112
         Email:  keinhorn@gbvlaw.com

         Attorneys for Defendants, Waterfront Commission of New York Harbor, Thomas DeMaria, Michael C. Axelrod, and Michael J. Madonna.