## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P ETER J. GOLDFINGER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WATERFRONT COMMISSION OF NEW<br>YORK HARBOR, THOMAS DE MARIA,<br>MICHAEL C. AXELROD, and MICHAEL J.<br>MADONNA,<br><br>　　　　　Defendants. | Civil Action No.:  08-1551 (VM)<br><br>**ORDER** |

This matter having been opened to the Court upon Motion by Genova, Burns and Vernoia, counsel for Defendants Waterfront Commission of New York Harbor, Thomas DeMaria, Michael C. Axelrod, and Michael J. Madonna seeking an extension of time to Answer or otherwise respond to Plaintiff's Complaint pursuant to FED. R. CIV. P. 12(a)(1); and counsel for Plaintiff having consented to this request; and the Court having considered this matter without oral argument pursuant to FED. R. CIV. P. 78; and for good cause shown,

IT IS on this 21th day of March, 2008,

**ORDERED** that Defendants' time to Answer or otherwise respond to Plaintiff's Complaint shall be extended until **April 7, 2008.**

HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

2318\001\Pleadings\Proposed Form of Order Extend Time to Answer.doc