```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER J. GOLDFINGER,<br><br>Plaintiff,<br><br>v.<br><br>WATERFRONT COMMISSION OF NEW YORK HARBOR, THOMAS DE MARIA, MICHAEL C. AXELROD, and MICHAEL J. MADONNA,<br><br>Defendants. | Civil Action No.: 08-1551 (VM)<br><br>ORDER |

This matter having been opened to the Court upon Motion by Genova, Burns and Vernoia, counsel for Defendants Waterfront Commission of New York Harbor, Thomas DeMaria, Michael C. Axelrod, and Michael J. Madonna seeking an extension of time to Answer or otherwise respond to Plaintiff's Complaint pursuant to FED. R. CIV. P. 12(a)(1); and counsel for Plaintiff having consented to this request; and the Court having considered this matter without oral argument pursuant to FED. R. CIV. P. 78; and for good cause shown,

IT IS on this _____ day of April, 2008,

**ORDERED** that Defendants' time to Answer or otherwise respond to Plaintiff's Complaint shall be extended until **April 21, 2008.**

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE