AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern                DISTRICT OF                New York

## APPEARANCE

Case Number: 08-CV-01551

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Waterfront Commission of New York Harbor
Thomas De Maria
Michael C. Axelrod
Michael J. Madonna

I certify that I am admitted to practice in this court.

4/11/08
Date

Signature

David S. Sheiffer                                    ds4198
Print Name                                           Bar Number

Wilson Elser Moskowitz Edelman & Dicker/150 E. 42nd St.
Address

New York              NY              10017
City                  State           Zip Code

(212) 490-3000                        (212) 490-3038
Phone Number                          Fax Number