AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number: 08-CV-01551

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Waterfront Commission of New York Harbor
Thomas De Maria
Michael C. Axelrod
Michael J. Madonna

I certify that I am admitted to practice in this court.

4/14/08
Date

_[Signature]_
Signature

Steven L. Young                                    sly8810
Print Name                                         Bar Number

Wilson Elser Moskowitz Edelman & Dicker/3 Gannett Drive
Address

White Plains          NY          10604
City                  State       Zip Code

(914) 323-7000        (914) 323-7001
Phone Number          Fax Number