UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER J. GOLDFINGER,

            Plaintiff,

-against-

WATERFRONT COMMISSION OF NEW YORK
HARBOR, THOMAS DE MARIA,
MICHAEL C. AXELROD, and
MICHAEL J. MADONNA,

            Defendants.

Civil Action No.: 08-01551 (VM)

**ORDER OF SUBSTITUTION OF COUNSEL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08

---

PLEASE TAKE NOTICE THAT the firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, 150 East 42nd Street, New York, NY 10017, is hereby substituted in as attorneys of records for defendants WATERFRONT COMMISSION OF NEW YORK HARBOR, THOMAS DE MARIA, MICHAEL C. AXELROD, AND MICHAEL J. MADONNA, in the above action in place of and instead of the law firm of GENOVA, BURNS & VERNOIA, and that said substitution shall be effective immediately.

Dated: New York, New York
       April 16, 2008

GENOVA, BURNS & VERNOIA

By: _____
Kathleen Barnett Einhorn
Outgoing Attorney for Defendants
354 Eisenhower Parkway
Livingston, NJ 07039
(p) 973.533.0777

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

_____
David S. Sheiffer (DS-4198)
Incoming Attorney for Defendants
150 East 42nd Street
New York, NY 10017
(p) 212.490.3000

3193646.1

SO ORDERED:

_____
4-17-08
DATE    VICTOR MARRERO, U.S.D.J.