UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PETER J. GOLDFINGER,

            Plaintiff,                      Civil Action No. 08-01551 (VM)

    -against-

WATERFRONT COMMISSION OF NEW YORK      **FED. R. CIV. P. 7.1**
HARBOR, THOMAS DE MARIA,                       **STATEMENT**
MICHAEL C. AXELROD, and
MICHAEL J. MADONNA,

            Defendants.

------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendants WATERFRONT COMMISSION OF NEW YORK HARBOR, THOMAS DE MARIA, MICHAEL C. AXELROD, AND MICHAEL J. MADONNA, by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, certifies that the WATERFRONT COMMISSION OF NEW YORK HARBOR is not publicly traded and no public corporation owns "10% or more of its stock."

Dated:    New York, New York
            April 21, 2008

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                    By: _____
                                        David S. Sheiffer (DSS 4198)
                                        Attorney for Defendants
                                        150 East 42nd Street
                                        New York, New York 10017-5639
                                        Phone  : (212) 490-3000
                                        Fax    : (212) 490-3038
                                        File No.:10895.00009

3197101.1

# CERTIFICATE OF SERVICE

I, Susan K. Slim, hereby certify that on the 21st day of April, 2008, I caused true and accurate copies of the foregoing Defendants' Rule 7.1 Statement, dated April 21, 2008, to be served via overnight delivery and filed electronically via PACER, upon each of the persons listed below.

I further certify, under penalty of perjury, that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature]*
Susan K. Slim (SS 3785)

Dated: April 21, 2008

To:   Valdi Licul
      Attorney for Plaintiff
      Vladeck, Waldman, Elias & Engelhard, P.C.
      1501 Broadway - Suite 800
      New York, NY 10036

3197101.1