UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

PETER J. GOLDFINGER,

                Plaintiff,                08 Civ. 1551 (VM)

    - against -                            <u>ECF CASE</u>

WATERFRONT COMMISSION OF NEW
YORK HARBOR, THOMAS DE MARIA,
MICHAEL C. AXELROD, and
MICHAEL J. MADONNA,

                Defendants.

------------------------------------X

        PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel for plaintiff herein.

Dated: New York, New York
       June 25, 2008

                                        VLADECK, WALDMAN, ELIAS &
                                          ENGELHARD, P.C.

                            By: _____
                                       Anand Swaminathan (AS 2095)
                                       Attorneys for Plaintiff
                                       1501 Broadway, Suite 800
                                       New York, New York  10036
                                       (212) 403-7300
                                       aswaminathan@vladeck.com

252848 v1