AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08--1551 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Waterfront Commission of New York Harbor, Thomas De Maria, Michael C. Axelrod, and Michael J. Madonna

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/22/2008 | *(signature)* |
| Date | Signature |
| | Steven Kent — SK-7519 |
| | Print Name — Bar Number |
| | 150 East 42nd Street c/o Wilson Elser |
| | Address |
| | New York — New York — 10017-5639 |
| | City — State — Zip Code |
| | (212) 490-3000 — (212) 490-3038 |
| | Phone Number — Fax Number |